UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACEY COX,

Petitioner,

v.

CASE NO. 4:25-CV-13503
HON. F. KAY BEHM

ERIC RARDIN,

Respondent.
_______________________________/

**JUDGMENT**

The above-entitled matter having come before the Court on a petition for a writ of habeas corpus, the Honorable F. Kay Behm, United States District Judge, presiding, and in accordance with the Opinion & Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DENIED** and **DISMISSED WITH PREJUDICE**.

s/F. Kay Behm
F. Kay Behm
United States District Judge

Dated: August 10, 2026